[No. 4424.]

CLOUGH ET AL. v. McKAY.

**Juries—Majority Verdict—Constitutional Law.**

The act of the legislature (Session Laws 1899, page 244) authorizing a verdict in civil cases by three-fourths of the jurors is unconstitutional and void.

*Appeal from the District Court of El Paso County.*

Appellee brought an action to recover damages caused by the alleged negligence of the appellants. From a judgment rendered on the verdict in favor of plaintiff, the defendants appeal. *Inter alia*, the court instructed the jury that three-fourths of their number might concur in, and return, a verdict. The verdict rendered was only concurred in by three-fourths of the members of the jury. To the above instruction, as well as the verdict, the defendants reserved exceptions.

Mr. W. S. MORRIS, for appellants.

Messrs. PATTERSON, RICHARDSON & HAWKINS, for appellee.

*Per Curiam.*—In *City of Denver v. Hyatt*, 28 Colo. 129, the act of the general assembly—Session Laws 1899, page 244—authorizing a verdict in civil cases to be returned by three-fourths of the number

of jurors sitting, was held invalid. On the authority of that case, the judgment of the district court must be reversed, and it is so ordered.

*Judgment reversed.*